<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7406**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RANDY SCOTT RADER,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.  (1:04-cr-00071-JPJ-1)

Submitted:  November 2, 2012      Decided:  November 6, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy Scott Rader, Appellant Pro Se.  Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Scott Rader appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rader, No. 1:04-cr-00071-JPJ-1 (W.D. Va. July 23, 2012 & Aug. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED